UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

  v.

TAILPIPES SMOG TEST CENTERS, INC., Individually and d/b/a Tailpipes Smog Test Center; HARRY N. BOYAJIAN, SR., Individually and as Trustee of Harry N. Boyajian, Sr. Revocable Trust of 1997, dated April 24, 1997; JEAN ELLEN WRIGHT, Individually and as Trustee of the Jean Ellen Wright Revocable Trust dated June 23, 1989;

        Defendants.

NO. CIV. 08-0262 FCD EFB

ORDER

----oo0oo----

The court is in receipt of defendant Tailpipes Smog Test Centers, Inc. "Answer to Complaint" [Docket #5], filed by Tailpipes Smog Test Centers, Inc. in propria persona. It is well established that "a corporation may appear in the federal courts *only through licensed counsel*." Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993) (emphasis added). Because no

licensed counsel has appeared for the corporate defendant, there has been no proper appearance by defendant Tailpipes Smog Test Centers, Inc.  Accordingly, the "Answer to Complaint" [Docket #5] is STRICKEN.  Defendant Tailpipes Smog Test Centers, Inc. is granted ten (10) days from the issuance of this order to properly appear in this action through licensed counsel.

   IT IS SO ORDERED.

DATED: August 13, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE