SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>vs.<br><br>TAILPIPES SMOT TEST CENTERS, INC.,<br><br>    Defendants. | Case No.: CIV.S 08-cv-00262-FCD-EFB<br><br>**ORDER FOR DISMISSAL OF HARRY N. BOYAJIAN, SR. AND JEAN ELLEN WRIGHT**<br><br>Complaint Filed: February 4, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Harry N. Boyajian, Sr.; Jean Ellen Wright) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendant. Defendants (Harry N. Boyajian, Sr.; Jean Ellen Wright) are dismissed because these Defendants are deceased.

Dated: September 10, 2008                 /s/Scott N. Johnson
                                                      SCOTT N. JOHNSON
                                                      Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: September 10, 2008                                                 
                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE

1